**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSTESS**

MARY SZARKOWSKI,

      Plaintiffs,

      v.

TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS U.S.A., INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA PHARMACEUTICAL COMPANY LIMITED; ELI LILLY AND COMPANY, and ELI LILLY INDUSTRIES INC.,

      Defendants.

C.A. No.: 17-cv-11873

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant To Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses her claims against Defendants, TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS U.S.A., INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA PHARMACEUTICAL COMPANY LIMITED; ELI LILLY AND COMPANY, and ELI LILLY INDUSTRIES INC. without prejudice.

Dated: February 28, 2019

      NAPOLI SHKOLNIK, LLC

      */s/ Nicholas R. Farnolo*
      Nicholas R. Farnolo
      400 Broadhollow Road
      Melville, NY 11747
      (212) 397-1000
      *Attorneys for Plaintiff*