# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Mary Szarkowski ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 1:17-11873- LTS |
| v. ) | |
| Takeda Pharmaceuticals America, Inc., et al ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL& CLOSING ORDER

SOROKIN, J.

In accordance with the [29] Notice of Voluntary Dismissal without prejudice, filed by the plaintiff. It is hereby ORDERED that this action is dismissed without prejudice.

By the Court,

/s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel